IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) |
| v. | ) Case No. 07-C-0469-C |
| DOUGLAS ELLEFSON, | ) |
| Respondent. | ) |

**SUPERSEDING ORDER TO SHOW CAUSE**

Upon the petition of the United States of America seeking the issuance of an order requiring respondent to show cause why respondent should not be adjudged in civil contempt for failure to comply with the enforcement order of this Court, and based upon the second declaration of Revenue Officer Theresa M. Memmel,

IT IS ORDERED that respondent appear before the U.S. District Court, 120 North Henry Street, Madison, WI on the 19th day of March, 2008, at 8:30 a.m. to show cause why the respondent should not be held in civil contempt and confined for disobedience of this court's order to enforce an Internal Revenue Service summons entered on November 9, 2007, ordering respondent to appear before Revenue Officer Theresa M. Memmel with the summoned records.

IT IS FURTHER ORDERED that a copy of this order, the petition, and the declaration be served upon the respondent not later than the _10th_ day of _March_, 2008.

Dated this _19th_ day of _February_, 2008.

Barbara B. Crabb
~~Magistrate Judge Stephen L. Crocker~~