IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 07-C-0469-C |
| | ) | |
| DOUGLAS ELLEFSON, | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER

The petitioner, having moved that the Court hold the respondent in contempt of Court for failing to comply with an order of the Court, dated November 9, 2007, enforcing an Internal Revenue Service summons; the respondent having had notice of this motion; a hearing upon this motion having been held; and respondent having deliberately refused to comply with the order of this Court,

IT IS HEREBY ORDERED that the respondent, Douglas Ellefson, is in contempt of court and that respondent be confined pursuant to Section 401, Title 18, United States Code, until respondent complies with the Court's order to enforce an Internal Revenue Service summons.

Dated this 19th day of March, 2008.

BY THE COURT:

Barbara B. Crabb
HONORABLE BARBARA B. CRABB
United States District Judge