IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,  )
                           )
           Petitioner,     )
                           )
       v.                  )   Case No. 07-C-0469-C
                           )
DOUGLAS ELLEFSON,          )
                           )
           Respondent.     )

---

### ORDER OF DISMISSAL

Petitioner's motion to dismiss on the ground that respondent has fully complied with the summons that is the subject of this action is hereby granted.

IT IS ORDERED that this action is DISMISSED.

Dated this 29th day of April, 2008.

BY THE COURT

Barbara B. Crabb
Honorable Barbara B. Crabb
District Judge

Copy of this document has been provided to: [illegible]
this ___ day of ___, 20__
by ___
M. Hardin, Secretary to
Judge John C. Shabaz